UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                       Plaintiff,<br><br>vs.<br><br>CHERYL LORAINE JARMON (2)<br><br>                       Defendant. | Case No. 16CR1145-JLS<br><br>JUDGMENT OF DISMISSAL |

FILED
2016 JUN -2 PM 4:
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIF
BY: 7h    D

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__  Remand U.S. Court of Appeals, Previously Imposed Sentence is Hereby Set Aside and Vacated, and

__  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

__  the Court has dismissed the case for unnecessary delay; or

X   the Court has granted the motion of the Government for dismissal, without prejudice; or

__  the Court has granted the motion of the defendant for a judgment of acquittal; or
__  a jury has been waived, and the Court has found the defendant not guilty; or

__  the jury has returned its verdict, finding the defendant not guilty;

__  of the offense(s) as charged in the Indictment/Information:

_____

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

Dated: 5/31/2016

Hon. Jill L. Burkhardt
United States District Judge